UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:17-CV-14159-ROSENBERG/LYNCH

DAVID POSCHMANN,

    Plaintiff,

v.

2K CLEVELANDER, LLC,

    Defendant.

_____/

**ORDER DISMISSING AND CLOSING CASE**

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 6]. In light of Plaintiff's voluntary dismissal, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 30th day of May, 2017.

                                                  ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record